

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TAMARA ANGELA GRIFFIN, | § | No. 08-24-00003-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd Judicial District Court |
| JAMES HENRY THOMAS, SR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCM1006) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JANUARY 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.